EHRET MAGNESIA MFG. CO. v. LUNGWITZ. (Circuit Court of Appeals, Third Circuit. January 10, 1917.) No. 2128. In Error to the District Court of the United States for the Eastern District of Pennsylvania; J. Whitaker Thompson, Judge. Assumpsit by Emil E. Lungwitz against the Ehret Magnesia Manufacturing Company. Judgment for plaintiff on the pleadings, and defendant brings error. Reversed, with directions to proceed to a trial. M. Hampton Todd, of Philadelphia, Pa., for plaintiff in error. Joseph J. Brown and Henry P. Brown, both of Philadelphia, Pa., for defendant in error. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. This writ of error has been argued twice, but we regret to find ourselves still uncertain about the meaning (taken as a whole) of the litigated clauses in this contract, as the case comes before us at a stage when no testimony has been taken. We hope and expect that these difficulties may be removed when the testimony discloses the situation of the parties at the date of the agreement, and that what is now obscure may thus, if possible, be cleared up. Solely for this reason we feel constrained to reverse the judgment, and to direct the District Court to proceed to a trial.

---

EVANS v. ARKANSAS & M. RY. BRIDGE & TERMINAL CO. (Circuit Court of Appeals, Sixth Circuit. October 6, 1916.) No. 2861. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. Thos. A. Evans and G. J. McSpadden, both of Memphis, Tenn., for plaintiff in error. J. W. Canada, of Memphis, Tenn., for defendant in error. Dismissed by consent of counsel.

---

FRIEDLEY–VOSHARDT CO. v. FRANKEL et al. (Circuit Court of Appeals, Sixth Circuit. November 10, 1916.) No. 2881. Appeal from the District Court of the United States for the Northern District of Ohio; John H. Clarke, Judge. Eli E. Doster, of Cleveland, Ohio, and Harry Lea Dodson, of Chicago, Ill., for appellant. Fay, Oberlin & Fay, of Cleveland, Ohio, for appellees. Dismissed on stipulation of counsel.

---

HARRELL & NICHOLSON CO. v. McCONNELL et al. (Circuit Court of Appeals, Sixth Circuit. November 10, 1916.) No. 2927. Appeal from the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Henry B. Graves, of Detroit, Mich., for appellant. Albert McClatchey, of Detroit, Mich., for appellees. Dismissed on stipulation of counsel.

---

In re HENRY C. WEBER & CO. (Circuit Court of Appeals, Sixth Circuit. October 13, 1916.) No. 2942. Petition to Revise in the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Lucking, Helfman, Lucking & Hanlon, of Detroit, Mich., for plaintiff in error. Bernard B. Selling, of Detroit, Mich., for defendant in error. Dismissed on stipulation of counsel.